IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS LYNN SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NATALIE GRANADO (1),<br><br>　　　　　　Defendant. | Case No.: 3:22-cr-00701-JLS<br><br>ORDER RE: MOTION TO CONTINUE MOTION HEARING AND TRIAL-SETTING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Current Date: April 29, 2022<br>Current Time: 1:30 PM<br><br>Proposed Date: May 27, 2022<br>Proposed Time: 1:30 PM |

　　　The court, has reviewed the parties' Joint Motion to Continue the Motion and Trial Setting hearing date and for an Order Excluding Time Under the Speedy Trial Act ("Motion"), which explains that appointed counsel for Defendant NATALIE GRANADO is diligently preparing the defense and pretrial motions and the Defense will require additional time to prepare if the case is to go to trial.

　　　The Court finds the parties have exercised due diligence, and that the failure to grant the Motion would deny counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice. Accordingly, for good cause appearing and in conformance with the parties' agreement, the Court hereby continues the Motion and Trial Setting hearing date from April 29, 2022 at 1:30 PM, to May 27, 2022 at 1:30 PM.

　　　IT IS SO ORDERED.

Dated:  April 27, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge